# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1515
Lower Tribunal No. 2023-CA-12303-O

_____

BEACON PARK PHASE I HOMEOWNERS ASSOCIATION, INC.,

Appellant,

v.

D.R. HORTON, INC. and HIGHWOOD CONTRACTING CORPORATION,

Appellees.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Orange County.
John E. Jordan, Judge.

December 2, 2025

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and SMITH, JJ., concur.

Samuel Alexander, Michael J. Ellis, and Bradley M. Beall, of Alexander Appellate Law P.A., Jacksonville, for Appellant.

Stacy J. Ford, of The Brownlee Law Firm, P.A., St. Cloud, and Michael M. Brownlee, of The Brownlee Law Firm, P.A., Orlando, for Appellee, D.R. Horton, Inc.

No Appearance for Appellee, Highwood Contracting Corporation.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED